**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION**

JOHN L. WILSON,

    Plaintiff,

v.

WALMART INC.,

    Defendant.

CASE NO. _____

**NOTICE OF REMOVAL**

Defendant, Walmart Inc., notifies the Court that it has removed the above-referenced action from the Iowa District Court in and for Scott County, Case No. LACE132925, pursuant to 28 U.S.C. §§ 1332 and 1441.  In support of its removal, Defendant states as follows:

1. This action is being removed to Federal Court based upon diversity of citizenship jurisdiction.

2. Plaintiff, John L. Wilson ("Wilson" or "Plaintiff"), filed the above-entitled civil action in the Iowa District Court in and for Scott County on June 4, 2020.  Defendant was served with the Petition on June 18, 2020, and therefore has timely removed this case within thirty days.  The action is wholly civil in nature, the United States District Court for the Southern District of Iowa, Davenport Division, has original jurisdiction under 28 U.S.C. § 1332, and the action may be removed by Defendant pursuant to 28 U.S.C. § 1441.

3. This Court has diversity of citizenship jurisdiction over the action because Plaintiff established that the controversy is between citizens of different states.  Plaintiff states that his citizenship is in Iowa through his allegations:  "John L. Wilson . . . is and was at all times material hereto a resident of Rock Island, Rock Island County, Illinois."

(Petition ¶1).  Plaintiff also alleges, "Defendant Walmart Inc. . . is a Delaware corporation, with its principal place of business in Bentonville, Arkansas."  (Petition ¶2).  Wal-Mart is therefore a citizen of a state other than Illinois.

4. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs as Plaintiff's Petition states he "has suffered damages, including loss of pay and benefits, severe mental and emotional distress, and is further entitled to recover his costs, including reasonable attorneys' fees and expert witness fees. . . ." (Petition ¶29). Additionally, Plaintiff states that he "is entitled to and seeks an award of punitive or exemplary damages. . . ." (Petition ¶30).

5. Because of the nature of the Plaintiff's claimed damages, Walmart has a good faith belief that the Plaintiff's alleged damages exceed $75,000.  Accordingly, the amount in controversy exceeds $75,000, exclusive of interests and costs.  28 U.S.C. § 1446(c)(2)(A).

6. This Notice of Removal is being filed pursuant to 28 U.S.C. § 1446 within thirty days of service of the Petition.

7. Defendant expressly reserves all defenses to Plaintiff's claims, including, but not limited to, all defenses based in law, equity, statute, constitution, jurisdiction, or immunity, any other defense or avoidance, and does not waive any defense by this removal.

8. Attached as Exhibit ("Ex.") A and incorporated by reference is a true and correct copy of the state court pleadings served upon Defendant and removed by this notice.  Defendant knows of no other pleadings or papers that have been served or filed with the Iowa District Court in and for Scott County.

9.     Attached as Ex. B is a true and correct copy of the Notice of Filing of Notice of Removal which has been served with this document on all parties and filed with the Iowa District Court in and for Scott County.

10.     Attached as Ex. C is Defendant's Notice Regarding State Court Matters pursuant to L.R. 81.

11.     Defendant states, pursuant to LR 81.1(a)(2), that the only matter pending in the state court at this time is Plaintiff's Petition (Ex. A).

12.     Wal-Mart designates Davenport, Iowa as the place for trial.

WHEREFORE, Defendant notifies the Court of the removal of this action from the Iowa District Court in and for Scott County to the United States District Court for the Southern District of Iowa, Davenport Division.

Dated this 13th day of July 2020.

        WALMART INC., Defendant,

By:  /s/ Heidi A. Guttau
     Heidi A. Guttau (IA# 15513)
     ICIS #AT0003021
of   BAIRD HOLM LLP
     1700 Farnam St, Ste 1500
     Omaha, NE  68102-2068
     Phone: 402-344-0500
     Facsimile:  402-344-0588
     hguttau@bairdholm.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 13th day of July 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    John F. Doak, Esq.

And I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    None.

                                            /s/ Heidi A. Guttau

DOCS/2487001.2