UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| JOHN L, WILSON | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | ) No. 3:20-CV-00058-JEG-CFB |
| | ) |
| WALMART INC., | ) |
| | ) |
|     Defendant. | ) |

### **STIPULATION OF DISMISSAL WITH PREJUDICE**

John L. Wilson, plaintiff, by his attorneys, Katz, Nowinski P.C., Walmart Inc., by and through their attorneys Baird Holm LLP, hereby stipulate pursuant to the Federal Rules of Civil Procedure (a)(1)(A)(ii) that this action should be dismissed with prejudice and without costs awarded by the court to any party.

Respectfully Submitted,

| | |
|---|---|
| JOHN WILSON, Plaintiff | WALMART Inc., Defendant |
| | |
| By: /s/ John F. Doak | By: /s/ Heidi A. Guttau-Fox |
| KATZ NOWINSKI P.C. | BAIRD HOLM LLP |
| 1000 - 36th Avenue | 1700 Farnam St., Ste. 1500 |
| Moline, IL 61265-7126 | Omaha, NE 68102-2068 |
| Telephone: 309-797-3000 | Telephone: 402/344-0500 |
| E-mail: jdoak@katzlawfirm.com | E-mail: hguttau@bairdholm.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 16, 2020, I electronically filed the Stipulation of Dismissal with the Clerk of the Court using the CM/ECF System which will send notification of this filing.

      By: /s/John F. Doak